UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-24094-CIV-MORENO

SUPREME CONSTRUCTION CORP.,

    Plaintiff,

vs.

BANK OF AMERICA CORPORATION,

    Defendant.

_____/

## ORDER DENYING BANK OF AMERICA CORPORATION'S MOTION FOR ATTORNEYS' FEES

THIS CAUSE came before the Court upon Defendant Bank of America Corporation's Verified Motion for Attorneys' Fees Pursuant to Southern District Local Rule 7.3 (**D.E. No. 41**), filed on **January 23, 2012**. On December 6, 2011, this Court granted Bank of America's motion to dismiss Plaintiff Supreme Construction Corp.'s claim for civil theft. Bank of America then filed this motion for attorneys' fees on January 23, 2012, arguing that it was entitled to fees and costs because Supreme Construction's civil theft claim lacked "substantial fact or legal support." *See* Fla. Stat. § 772.11(1) (2012).

Southern District of Florida Local Rule 7.3(A)(vii) states that all motions for attorneys' fees filed upon entry of a final judgment or order "shall be filed and served within thirty days of entry of a Final Judgment or other appealable order that gives rise to a right to attorneys fees and/or costs." S.D. Fla. R. 7.3(A)(vii). In this case, Bank of America filed its motion for attorneys' fees on January

23, more than thirty days after this Court granted Bank of America's motion to dismiss on December 6. Accordingly, it is

      **ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record